**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WENDY SIBRIAN BOBLANOS, | * | CIVIL ACTION NO.: 4:23-CV-00214 |
| *Plaintiff,* | * | |
| | * | |
| | * | |
| | * | |
| SAFE DELIVERY GUYS LLC D/B/A | * | |
| AMAZON/AMAZON.COM SERVICES | * | |
| LLC AND RUZIEV IZATULLO | * | |
| *Defendants.* | * | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Wendy Sibrian Boblanos (hereinafter "Plaintiff"), complaining of SAFE DELIVERY GUYS LLC D/B/A AMAZON/ Amazon.com Services LLC and Ruziev Izatullo (hereinafter collectively referred to as "Defendants") and for cause of action would respectfully show the Court the following:

**I. Discovery Level**

1. Discovery in this matter may be conducted under Level 2 of the Texas Rules of Civil Procedure.

**II. Jurisdiction and Venue**

2. The claims asserted arise under the common laws of Texas. This Court has jurisdiction and venue is proper because the Defendants do a substantial amount of business within the forum state and one or more of the Defendants resides in this County. TEX. CIV. PRAC. & REM. CODE § 15.002.

### III. Parties

3. Plaintiff is a resident of Texas.

4. Defendant SAFE DELIVERY GUYS LLC D/B/A AMAZON/ Amazon.com Services LLC is a Texas limited partnership with a principal place of business in Harris County, Texas. This Defendant may be served with process through its registered agent, Stephen Desselle, 22611 Cardinal Lane, Tomball, Texas 77377.

5. Defendant Amazon.com Services LLC is limited liability company with a principal place of business in Washington. This Defendant may be served with process through its registered agent, Corporation Service Company dba CSC, 211 E. 7TH Street, Suite 620, Austin, Texas 78701.

5. Defendant Ruziev Izatullo is a natural person and resident of New York. This Defendant may be served with process at his personal residence at 1684 W 10th street D14, Brooklyn, NY 11223, or wherever he may be found.

### IV. Facts

6. On or about August 15, 2022, Plaintiff suffered severe bodily injuries as a result of Defendants' negligence and gross negligence. On that date, Plaintiff was driving in Missouri City, Texas when she was suddenly and unexpectedly struck by Defendant Izatullo. Plaintiff was exiting an Amazon Warehouse Facility (HOU8), and an Amazon tractor trailer struck Plaintiff. At the time of the accident, Defendant Izatullo failed to keep a proper look out and failed to yield the right of way. As a result of the above, Plaintiff was seriously injured. Specifically, Plaintiff has injured her neck, back, spine and other parts of her body.

7. At all relevant times, Defendant Izatullo was acting in the course and scope of his employment with Defendant SAFE DELIVERY GUYS LLC D/B/A AMAZON/

AMAZON.COM SERVICES LLC, and acting in furtherance of a mission for Defendant SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC's benefit and subject to its control. Additionally, Defendant Izatullo was driving a vehicle owned and maintained by Defendant SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC, and was operating the vehicle under Defendant SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC's commercial operating authority.

## V. Causes of Action

A.    *Negligence and Gross Negligence (Against All Defendants)*

8.    Plaintiff repeats and realleges each allegation contained above.

9.    Plaintiff sustained injuries because of Defendants' negligence and gross negligence when Defendants:

- Failed to maintain a safe speed;
- Failed to turn safely;
- Failed to maintain a safe distance;
- Failed to pay attention to the road ahead;
- Failed to yield the right of way;
- Failed to operate the vehicle safely;
- Failed to properly supervise its employees;
- Failed to properly train its employees;
- Failed to prudently supervise the job;

- Failed to follow applicable state and federal rules and regulations, including but not limited to the Federal Motor Safety Carrier Regulations; and

- Other acts deemed negligent and grossly negligent.

10. On balance, Defendants owed a duty consistent with the foregoing and breached each of the foregoing duties. These breaches were both the cause in fact and proximate cause of Plaintiff's injuries. As a result of Defendants' negligence, Plaintiff suffered severe physical injury. Plaintiff is entitled to recover for his injuries.

11. Additionally, Defendants' actions were done with a reckless disregard to a substantial risk of severe bodily injury. As such, Plaintiff is entitled to exemplary damages.

B. *Negligence Per Se (Against All Defendants)*

12. Defendants' conduct described herein constitutes an unexcused breach of duty imposed by Texas Transportation Code Sections 545.151 and 545.401.

13. Plaintiff is a member of the class that Texas Transportation Code Sections 545.151 and 545.401 were designed to protect.

14. Defendants' unexcused breach of the duties imposed by Texas Transportation Code Sections 545.151 and 545.401 proximately caused Plaintiff's injuries described herein.

**PLAINTIFF'S CLAIM OF *RESPONDEAT SUPERIOR* AGAINST SAFE DELIVERY GUYS LLC D/B/A AMAZON/ Amazon.com Services LLC**

15. At the time of the occurrence of the act in question and immediately prior thereto, Defendant Izatullo was within the course and scope of employment for Defendant DEFENDANT SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC.

16. At the time of the occurrence of the act in question and immediately prior

thereto, Defendant Izatullo was engaged in the furtherance of Defendant DEFENDANT SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC's business.

17. At the time of the occurrence of the act in question and immediately prior thereto, Defendant Izatullo was engaged in accomplishing a task for which Defendant DEFENDANT SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC was employed.

18. Plaintiff invokes the doctrine of *Respondeat Superior* as against Defendant DEFENDANT SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC.

## AGENCY

19. At and during the time of the acts and/or omissions complained of herein, any acts and/or omissions committed by an agent, representative or employee of Defendant DEFENDANT SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC, occurred within the scope of the actual or apparent authority of such person on behalf of Defendant DEFENDANT SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC.

20. Therefore Defendant DEFENDANT SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC is liable to Plaintiff for the acts and/or omissions of any such agent, representative or employee complained of herein by virtue of such agency relationship.

C. *Negligent Hiring (Against Defendant SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC)*

21. Plaintiff repeats and realleges each allegation contained above.

22. Plaintiff sustained injuries as a result of Defendant's negligent hiring because of Defendant's:

- Failure to conduct a reasonable and adequate interview of Defendant Izatullo as a potential employee.

- Failure to properly follow up on information not provided by Defendant Izatullo in the interview process.

- Failure to conduct a proper employment and background check.

- Failure to comply with applicable Federal Motor Carrier Safety Regulations;

- Failure to sufficiently investigate Defendant Izatullo's training, prior employment, criminal record, and past.

- Failure to perform the required screening, testing, and physical of Defendant Izatullo.

- Failure to adopt proper policies and procedures regarding the interview of a potential employee who will be driving a tractor/trailer on the highways of the State of Texas.

- Such other and further acts of negligence as may be shown in the trial of this cause as discovery progresses.

D. *<u>Negligent Training (Against Defendant SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC)</u>*

23. Plaintiff repeats and realleges each allegation contained above.

24. Plaintiff sustained injuries as a result of Defendant's negligent training because of Defendant's:

- Failure to explain and demonstrate its safety policies and procedures to Defendant Izatullo.

- Failure to provide the necessary training to Defendant Izatullo regarding driving this vehicle, vehicle safety, safety classes, how to properly and safely drive the vehicle, the proper method to maintain a vehicle, the

6

   proper way and the necessity of keeping the vehicle clean and in proper working order, and in all matters regarding the proper and safe operation of a vehicle and the maintenance of a vehicle in various situations.

- Failure to properly train its drivers regarding all aspects of driver safety.

- Failure to properly train and educate its drivers on applicable Federal Motor Carrier Safety Regulations;

- Failure to train its employees, including Defendant Izatullo, regarding safe and proper operation of a vehicle such as a person and/or company of ordinary care would have done in the same or similar circumstances.

- Failure to provide and/or require regular follow-up driver education and training.

- Such other and further acts of negligence as may be shown in the trial of this cause as discovery progresses.

E.  *<u>Negligent Supervision, Retention, and Monitoring (Against Defendant SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC</u>*)

25.  Plaintiff repeats and reallegse each allegation contained above.

26.  Plaintiff sustained injuries as a result of Defendant's negligent supervision, retention and monitoring because of Defendant's:

- Failure to monitor Defendant Izatullo to make sure that he was complying with policies and procedures.

- Failure to interview and test Defendant Izatullo to make sure he had read, and was familiar with, understood, and followed the company policies and procedures.

- Failure to implement proper policies and procedures for its employees, including Defendant Izatullo, regarding driver safety and vehicle safety.

- Failure to document and make a determination regarding fault in the accident made the basis of this suit.

- Failure to supervise Defendant Izatullo to insure that he was keeping the vehicle properly maintained.

7

- Such other and further acts of negligence as may be shown in the trial of this cause as discovery progresses.

F. <u>*Negligent Entrustment (Against Defendant SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC*</u>)

27. Plaintiff repeats and realleges each allegation contained above.

28. Plaintiff sustained injuries as a result of Defendant's negligent entrustment because Defendant:

- Provided a vehicle and/or authority to Defendant Izatullo who was not properly trained and did not have the proper education, background, training, or experience to safely operate the vehicle, and who was an incompetent and/or reckless driver.

G. <u>*Ratification (Against Defendant SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC*</u>)

28. Plaintiff repeats and realleges each allegation contained above.

29. Defendant is responsible for the negligence and gross negligence of its driver under the theory of ratification because Defendant:

- Retained Defendant Izatullo after he committed the underlying tortious acts;

- Knew of Defendant Izatullo's tortious acts;

- Recognized that Defendant Izatullo will likely continue to be negligent if he is retained;

- Recognized that Defendant Izatullo will likely continue to be grossly negligent if he is retained;

- Failed to take adequate measures to prevent Defendant Izatullo from committing future tortious acts; and

- Otherwise adopted, confirmed, or failed to repudiate Defendant Izatullo's negligent and grossly negligent conduct after Defendant

8

DEFENDANT SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC gained knowledge of the conduct.

30. As a result of Defendant Izatullo's negligent and grossly negligent conduct, which DEFENDANT SAFE DELIVERY GUYS LLC D/B/A AMAZON/ AMAZON.COM SERVICES LLC ratified, Plaintiff suffered severe physical injury. Plaintiff is entitled to recover for his injury. Defendants' actions were done with a reckless disregard to a substantial risk of severe bodily injury. As such, Plaintiff is entitled to exemplary damages.

## VI. Damages

31. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff was caused to suffer severe and debilitating personal injuries, bodily injury, physical impairment, loss of household services, pain, suffering, and mental anguish, and to incur the following damages. As required by Rule 47 of the Texas Rules of Civil Procedure, Plaintiff affirmatively states that he seeks damages in excess of $1,000,000.00. Plaintiff prays for relief and judgment, as follows:

- Compensatory damages against Defendants;
- Actual damages;
- Consequential damages;
- Pain and suffering;
- Exemplary damages;
- Past and future mental anguish;
- Past and future impairment;
- Past and future disfigurement;

- Interest on damages (pre and post-judgment) in accordance with the law;

- Costs of Court;

- Expert witness fees;

- Costs of copies of depositions; and

- Such other and further relief as the Court may deem just and proper.

## VII. Prayer

Plaintiff pray that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that Defendants appear and answer, and that upon final hearing, Plaintiff have judgment against Defendants in a total sum in excess of the minimum jurisdictional limits of this Court, pre-judgment and post-judgment interests, all costs of Court, exemplary damages, and all such other and further relief, to which they may show themselves justly entitled.

## VIII. Jury Trial Demanded

Plaintiff hereby demands a trial by jury.

                Respectfully Submitted,

                ARNOLD & ITKIN LLP

                */s/ Claire Schindler*
                Kurt Arnold
                SBN: 24036150
                karnold@arnolditkin.com
                Caj Boatright
                SBN: 24036237
                cboatright@arnolditkin.com
                Roland Christensen
                SBN: 24101222
                rchristensen@arnolditkin.com
                Claire Schindler
                SBN: 24115871
                cschindler@arnolditkin.com
                6009 Memorial Drive
                Houston, Texas 77007
                Tel: 713.222.3800
                Fax: 713.222.3850
                e-service@arnolditkin.com

                **ATTORNEYS FOR PLAINTIFF**