UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| WENDY BOBLANOS, | * | CIVIL ACTION NO: 4:23-CV-00214 |
| | * | |
| *Plaintiff,* | * | |
| | * | |
| V. | * | |
| | * | |
| FIRSTEX LOGISTICS, INC, TNG | * | |
| TRUCKING, INC., AMAZON.COM | * | |
| SERVICES, LLC, AND | * | |
| RUZIEV IZATULLO | * | |
| | * | |
| *Defendants*. | * | |

## **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiff Wendy Sibrian Boblanos ("Plaintiff") files this Motion for Entry of Default Judgment against Defendant TNG Trucking, In. ("Defendant" or "TNG Trucking").

### I.

### **Facts**

1.  Plaintiff filed his Original Petition against Defendants on June 9, 2023, to recover for severe bodily injuries resulting from Defendants' negligence and gross negligence. *See* **Exhibit A**. Defendant, who is a foreign corporation formed under the laws of Pennsylvania with a principal place of business in Bucks County, Pennsylvania, was served with process on July 28, 2023. *See* **Exhibit B**.

2.  The deadline for Defendant to file an answer was August 18, 2023. However, TNG Trucking failed to file an answer, any other pleading, or document constituting an answer and has not entered an appearance in this case.

3. Proof of service has been on file with the clerk of this Court for far more than 10 days. *Id.*

## II.

## **The Court Should Enter A Default Judgment Against Defendant Ramos**

4. Pursuant to Texas law, since Defendant failed to file an answer within the applicable time frame, the allegations in Plaintiff's Original Petition are deemed admitted and Defendant's liability is conclusively established as a matter of law. *Morgan v. Compugraphic Corp.*, 675 S.W.2d 729, 731 (Tex. 1984).

5. Plaintiff's Damages are unliquidated as provided under Rule 243 of the Texas Rules of Civil Procedure. Plaintiff therefore requests a trial and/or hearing to assess damages both general and special and penalties and punitive damages, along with, pre- and post - judgment interest at the maximum legal rate, costs of court, reasonable attorney's fees, and all other damages to which Plaintiff is entitled.

## III.

## **Conclusion**

Plaintiff is entitled to a Default Judgment against TNG Trucking as he has failed to file an answer within the allotted time. For reasons stated above Plaintiff respectfully requests that the Court grant Plaintiff's Motion for Entry of Default Judgment against Defendant and enter a Default Judgment against Defendant for damages both general and special, and penalties and punitive damages, along with pre- and post -judgment interest at the maximum legal rate, costs of court, reasonable attorney's fees and with all other relief to which Plaintiff is entitled.

Respectfully submitted,

ARNOLD & ITKIN LLP

/s/ Claire Schindler
Kurt Arnold
SBN: 24036150
karnold@arnolditkin.com
Caj Boatright
SBN: 24036237
cboatright@arnolditkin.com
Roland Christensen
SBN: 24101222
rchristensen@arnolditkin.com
Claire Schindler
SNB: 24115871
cschindler@arnolditkin.com
6009 Memorial Drive
Houston, Texas 77007
Tel: 713.222.3800
Fax: 713.222.3850
e-service@arnolditkin.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record herein in accordance with the Federal Rules of Civil Procedure on the 10th day of November 2023.

**Via Certified Mail RRR:7022 3330 0002 0191 1617**
TNG Trucking, Inc.
21 Roland Avenue Feasterville
Trevose, Pennsylvania 19053

/s/ Claire Schindler

_____
Claire Schindler