IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WENDY SIBRIAN BOBLANOS, *Plaintiff,* | * * * | CIVIL ACTION NO.: 4:23-CV-00214 |
| v. | * * | |
| AMAZON.COM SERVICES LLC AND RUZIEV IZATULLO *Defendants.* | * * * | |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

COMES NOW, Plaintiff, Wendy Bolanos (incorrectly styled Boblanos) and Intervenor LaMonica Porter ("Intervenor"), moving for an entry of default judgment against Defendant FIRSTEX Logistics, Inc. ("Firstex"). In support, Plaintiff respectfully shows unto the Court the following:

### I.  ENTRY OF JUDGMENT AGAINIST DEFENDANT FIRSTEX

1. On or about August 15, 2022, Plaintiff and Intervenor suffered severe bodily injuries as a result of Defendants' negligence and gross negligence.[1]

2. On that date, Plaintiff was driving in Houston, Texas when he was suddenly and unexpectedly struck by Defendant Ruziev.[2]

3. At the time of the accident, Defendant Ruziev failed to keep a proper look out, failed to maintain control of his vehicle, failed to turn safely, and failed to operate the vehicle in a safe manner.[3]

---

[1] *See* **Doc. 54, Plaintiff's Second Amended Petition.**
[2] *Id.*
[3] *Id.*

4. As a result of the above, Plaintiff was seriously injured. Specifically, Plaintiff has injured her neck, back, spine and other parts of her body.[4]

5. As a result of Plaintiff's injuries, Plaintiff filed her First Amended Petition on June 9, 2023, naming Firstex Logistics, Inc. as a Defendant.[5]

6. On August 25, 2023, Defendant Firstex was served with a copy of Plaintiff's First Amended Petition and Citation.[6]

7. Defendant Firstex's answer was due on the expiration of 21 days after the date of service, or September 15, 2023, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i).

8. Defendant Firstex failed to answer and/or appear by 10:00 am on Friday, September 15, 2023, and has in fact still not answered as of Plaintiff's filing of this Motion on December 27, 2024. Consequently, Defendant Firstex has defaulted.

9. The Court may render a default judgment against a party who has not filed a responsive pleading or otherwise defended the suit.[7] Here, as evidenced by the Return of Service on file with the Court, Defendant Firstex was properly served with process on August 25, 2023. Nonetheless, Defendant Firstex has failed to file a responsive pleading under the federal rule or otherwise defended this suit.

10. Accordingly, pursuant to Fed. R. Civ. P. 55(b), Plaintiff moves for default judgment against Defendant FIRSTEX Logistics, Inc.

## II.

### PRAYER

---

[4] *Id*.
[5] *See* **Doc. 26, Plaintiff's First Amended Petition.**
[6] *See* **Doc. 36, Return of Service.**
[7] Fed. R. Civ. P. 55(b).

Plaintiff prays that this Court grant this Motion for Entry of Default Judgment and enter a default judgment against Defendant FIRSTEX Logistics, Inc.

Respectfully submitted,

ARNOLD & ITKIN LLP

/s/ Claire Schindler
Kurt Arnold
SBN: 24036150
karnold@arnolditkin.com
Roland Christensen
SBN: 24101222
rchristensen@arnolditkin.com
Claire Schindler
SNB: 24115871
cschindler@arnolditkin.com
Chris Adkins
SBN: 24135486
cadkins@arnolditkin.com
6009 Memorial Drive
Houston, Texas 77007
Tel: 713.222.3800
Fax: 713.222.3850
e-service@arnolditkin.com

**ATTORNEYS FOR PLAINTIFF**

AND

ZEHL & ASSOCIATES, PC

*/s/ Justin D. Waldo*
Ryan H. Zehl
Texas State Bar No. 24047166
eservice@zehllaw.com
Bryan E. Zubay
Texas State Bar No. 24102688
bzubay@zehllaw.com
Justin D. Waldo
Texas State Bar No. 24120489
waldo@zehllaw.com

2700 Post Oak Blvd., Suite 1000
Houston, Texas 77056
Telephone 713.491.6064
Facsimile 713.583.8545

**ATTORNEYS FOR INTERVENOR LA MONICA PORTER**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record herein in accordance with the Federal Rules of Civil Procedure on the 28th day of December 2024.

/s/ Claire Schindler
Claire Schindler