United States District Court
Southern District of Texas
**ENTERED**
March 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **WENDY SIBRIAN BOBLANOS,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-0214 |
| § | |
| **AMAZON.COM SERVICES, LLC,** *et al.*, § | |
| § | |
| *Defendants*. § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that all claims pending in this lawsuit, including the claims brought by Plaintiff Wendy Boblanos and Plaintiff-Intervenor LaMonica Porter, have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date. Each party is to bear its own costs, fees, and expenses. The Clerk is directed to administratively **CLOSE** the case.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 6th day of March, 2025.

_____
Keith P. Ellison
United States District Judge